# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

154773(86)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

IHAB MASALMANI,
       Defendant-Appellant.
_____/

SC: 154773
COA: 325662
Macomb CC: 2009-005244-FC

      On order of the Chief Justice, the motion of the Juvenile Law Center to file a brief amicus curiae and to extend the time for doing so is GRANTED. The amicus brief submitted on January 31, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk